AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MARTIN, BEVERLY B | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>05/4/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>2388 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 - 3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | Board of Visitors for Mercer University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | State of Georgia Deferred Compensation Plan |
| 2. | |
| 3. | |

RECEIVED
2006 JUN 29 A 11: 18
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed (attorney in partnership) |
| 2. | 2005 | Director fee for Lone Star Corporation |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | RBC Centura Bank (spouse) | loan for investment in business | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking account | A | Interest | K | T | | | | | |
| 2. Bank of America money market account | A | Interest | K | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. RBC Centura Bank ▬ | A | Interest | J | T | | | | | |
| 5. Wachovia checking account ▬ | A | Interest | L | T | | | | | |
| 6. WANB checking account ▬ | A | Interest | K | T | opened | 1/05 | J | | |
| 7. Alliance Fund | C | Dividend | K | T | | | | | |
| 8. Atlas Growth Fund | C | Dividend | L | T | | | | | |
| 9. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 10. Dodge & Cox Income Fund | A | Dividend | K | T | bought | 12/9 | K | | |
| 11. Dodge & Cox Stock Fund (▬ retirement account) | D. | Dividend | N | T | | | | | |
| 12. Dodge & Cox Balanced Fund (▬ retirement account) | D | Dividend | M | T | | | | | |
| 13. Dodge & Cox International Fund | B | Dividend | L | T | | | | | |
| 14. Dodge & Cox International Fund | A | Dividend | L | T | bought | 4/19 | K | | |
| 15. Dreyfus S&P 500 Fund | A | Dividend | L | T | | | | | |
| 16. Dreyfus S&P 500 Fund | A | Dividend | J | T | bought | 1/21 | J | | |
| 17. Dreyfus S&P 500 Fund | A | Dividend | J | T | bought | 1/27 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,000 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes:  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other
   U =Book Value  S =Assessment
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus S&P 500 Index | A | Dividend | K | T | bought | 4/19 | K | | |
| 19. Fidelity Cash Reserve ▓▓ retirement account) | A | Dividend | | | sold | 1/25 | K | A | |
| 20. J. M. & Star | C | Rent | J | W | | | | | |
| 21. Jensen Portfolio CL (IRA) | A | Dividend | L | T | | | | | |
| 22. Lone Star Corp. | E | Dividend | M | W | | | | | |
| 23. MCF Corp (spouse) | | None | J | T | | | | | |
| 24. M&I Stable Principal Fund ▓▓ | D | Dividend | M | T | | | | | |
| 25. Metropolitan Capital Bancorp ▓▓ IRA) | | None | | | sold | 1/25 | L | | |
| 26. Metropolitan Capital Bancorp ▓▓ IRA) | | None | K | U | bought | 1/25 | K | | |
| 27. North Atlanta National Bank ▓▓ debenture) | C | Interest | N | W | | | | | |
| 28. Pinnacle Fund Management Inv. Acct. ▓▓ RA) | B | Dividend | K | T | bought | 1/25 | K | | |
| 29. Pontotoc Bancshares ▓▓ | B | Dividend | K | T | | | | | |
| 30. Schwab money market fund #1 | C | Dividend | M | T | | | | | |
| 31. Schwab Money Market (IRA) | A | Dividend | J | T | | | | | |
| 32. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 3/28 | J | | |
| 33. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 6/27 | J | | |
| 34. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 9/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 12/23 | J | | |
| 36. Schwab S&P 500 Select | A | Dividend | L | T | | | | | |
| 37. Vanguard Institutional Index Fund (Def. Comp. Acct.) | B | Dividend | M | T | | | | | |
| 38. Vanguard Total International Stock Index ( ███ ret. acct.) | D | Dividend | L | T | | | | | |
| 39. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The information reported in my 2004 Report in Part VII, line 87 is the same asset reported in this 2005 report at Part VII, line 25. Last year I reported it as Metropolitan Capital Bank, but I understand the proper name is Metropolitan Capital Bancorp, and I have reported it that way this year. Also, the asset was held in an IRA account last year (as this year), but that fact was not reported in the 2004 Report.

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  JUNE 27, 2006 (amended)

NOTE: ANY [...] R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI[...]

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2006 | | |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>MARTIN, BEVERLY B | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>05/4/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>**to**<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>2388 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303 - 3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | Board of Visitors for Mercer University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1990 | State of Georgia Deferred Compensation Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed (attorney in partnership) |
| 2. | 2005 | Director fee for Lone Star Corporation |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. RBC Centura Bank ▮▮▮ | loan for investment in business | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking account | A | Interest | K | T | | | | | |
| 2. Bank of America money market account | A | Interest | K | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. RBC Centura Bank ▇ | A | Interest | J | T | | | | | |
| 5. Wachovia checking account ▇ | A | Interest | L | T | | | | | |
| 6. WANB checking account ▇ | A | Interest | K | T | opened | 1/05 | J | | |
| 7. Alliance Fund | C | Dividend | K | T | | | | | |
| 8. Atlas Growth Fund | C | Dividend | L | T | | | | | |
| 9. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 10. Dodge & Cox Income Fund | A | Dividend | K | T | bought | 12/9 | K | | |
| 11. Dodge & Cox Stock Fund ▇ retirement account) | D | Dividend | N | T | | | | | |
| 12. Dodge & Cox Balanced Fund ▇ retirement account) | D | Dividend | M | T | | | | | |
| 13. Dodge & Cox International Fund | B | Dividend | L | T | | | | | |
| 14. Dodge & Cox International Fund | A | Dividend | L | T | bought | 4/19 | K | | |
| 15. Dreyfus S&P 500 Fund | A | Dividend | L | T | | | | | |
| 16. Dreyfus S&P 500 Fund | A | Dividend | J | T | bought | 1/21 | J | | |
| 17. Dreyfus S&P 500 Fund | A | Dividend | J | T | bought | 1/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus S&P 500 Index | A | Dividend | K | T | bought | 4/19 | K | | |
| 19. Fidelity Cash Reserve ▉ retirement account) | A | Dividend | K | T | sold | 1/25 | K | A | |
| 20. J. M. & Star | C | Rent | J | W | | | | | |
| 21. Jensen Portfolio CL (IRA) | A | Dividend | L | T | | | | | |
| 22. Lone Star Corp. | E | Dividend | M | W | | | | | |
| 23. MCF Corp ▉ | | None | J | T | | | | | |
| 24. M&I Stable Principal Fund ▉ | D | Dividend | M | T | | | | | |
| 25. Metropolitan Capital Bancorp ▉ IRA) | | None | K | U | bought | 1/25 | K | | |
| 26. North Atlanta National Bank ▉ debenture) | C | Interest | N | W | | | | | |
| 27. Pinnacle Fund Management Inv. Acct. ▉ IRA) | B | Dividend | K | T | bought | 1/25 | K | | |
| 28. Pontotoc Bancshares ▉ | B | Dividend | K | T | | | | | |
| 29. Schwab money market fund #1 | C | Dividend | M | T | | | | | |
| 30. Schwab Money Market (IRA) | A | Dividend | J | T | | | | | |
| 31. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 3/28 | | | |
| 32. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 6/27 | | | |
| 33. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 9/23 | | | |
| 34. Schwab Money Market (IRA) | A | Dividend | J | T | bought | 12/23 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab S&P 500 Select | A | Dividend | L | T | | | | | |
| 36. Vanguard Institutional Index Fund (Def. Comp. Acct.) | B | Dividend | M | T | | | | | |
| 37. Vanguard Total International Stock Index ███████ret. acct.) | D | Dividend | L | T | | | | | |
| 38. Wells-Fargo C&B Mid-Cap (formerly Cooke & Beiler Mid-Cap) | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B | 05/4/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur█

Date___ May 4, 2006

NOTE: A█
AND CR█ TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544